| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

JAKE ELLIS DAUGHTRY, SANDRA §
MILLER DAUGHTRY, JAKE'S §
FIREWORKS, JOSEPH ELLIS §
DAUGHTRY, RIGHT PRICE §
CHEMICALS, LLC, BEST BUY §
INDUSTRIAL SUPPLY, LLC, LAB §
CHEMICAL SUPPLY, LLC, and §
DAUGHTRY INVESTMENTS, LLC, §
§
      Plaintiffs, §
§
*versus* § CIVIL ACTION NO. 1:23-CV-343
§
SILVER FERN CHEMICAL, INC. §
and GILDA FRANCO, §
§
      Defendants. §

## ORDER OF DISMISSAL

In accordance with the court's Memorandum and Order (#41), the above-styled case is dismissed with prejudice.[1]

SIGNED at Beaumont, Texas, this 24th day of May, 2024.

                                                   MARCIA A. CRONE
                                                  UNITED STATES DISTRICT JUDGE

---

[1] While Plaintiffs refer to two additional individuals in the caption of their Amended (*Corrected*) Complaint (#21), a review of Plaintiffs' Complaint reveals that Plaintiffs do not assert any claims against these two individuals. The "Parties" section of the Complaint lists only Silver Fern Chemical, Inc., and Gilda Franco as Defendants (consistent with their pleadings in state court). Moreover, Plaintiffs did not include these additional two individuals in their Petition (#2) filed in state court. Further, Plaintiffs made no attempts to serve these additional two defendants after the action was removed to this court, and any attempt at this point would be untimely. As such, the above-mentioned order disposes of all claims and all parties to this action.